NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AIA AMERICA, INC., FKA ALZHEIMER'S INSTITUTE OF AMERICA, INC.,**
*Plaintiff-Appellant*

**MICHAEL J. MULLAN, RONALD E. SEXTON,**
*Counterclaim Defendants*

**v.**

**ELI LILLY & COMPANY, ELAN PHARMACEUTICALS, INC.,**
*Defendants-Appellees*

---

2016-2094

---

Appeal from the United States District Court for the Northern District of California in No. 3:10-cv-00482-EDL, Magistrate Judge Elizabeth D. Laporte.

---

## JUDGMENT

---

PETER BUCKLEY, Fox Rothschild, LLP, Philadelphia, PA, argued for plaintiff-appellant.

DEBORAH E. FISHMAN, Arnold & Porter Kaye Scholer LLP, Palo Alto, CA, argued for all defendants-appellees.

Defendant-appellee Elan Pharmaceuticals, Inc. also represented by KATIE JEANNINE LEWIS SCOTT.

LAWRENCE SCOTT BURWELL, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, for defendant-appellee Eli Lilly & Company. Also represented by CHARLES E. LIPSEY; LAURA POLLARD MASUROVSKY, Washington, DC; MANISHA A. DESAI, Eli Lilly and Company, Indianapolis, IN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| August 10, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |